UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RORY LEMON ELSE, #00841848, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>LINDA MOLINA, Parole Board Member; CHUCK SPEIER, Parole Commissioner; and ANTHONY RAMIREZ, Parole Commissioner, in their personal capacities, <br><br>　　　　　Defendants. | § § § § § § § § § § § § § § <br><br>SA-22-CV-445-JKP |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Rory Lemon Else's 42 U.S.C. § 1983 Civil Rights Complaint for failure to prosecute and failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Plaintiff Rory Lemon Else's Section 1983 Civil Rights Complaint (ECF No. 1) against Defendants, Linda Molina, Shuck Speier and Anthony Ramirez, is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 29th day of June, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE